NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1218

HERRE BROS., INC.,

Appellant,

v.

Eric K. Shinseki, SECRETARY OF VETERANS AFFAIRS,

Appellee.

Appeal from the Civilian Board of Contract Appeals
in no. 581, Administrative Judge Patricia J. Sheridan.

ON MOTION

<u>ORDER</u>

Upon consideration of the appellant's motion to withdraw this appeal,

IT IS ORDERED THAT:

(1)    The motion is granted.  The appeal is dismissed.

(2)    Each side shall bear its own costs.

FOR THE COURT

JUN 23 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Jason A. Copely, Esq.
       Jane C. Dempsey, Esq.

s8

ISSUED AS A MANDATE:    JUN 23 2009 _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 23 2009

JAN HORBALY
CLERK